UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - MQ
April 8, 2021 10:05 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mlc  SCANNED BY: /\/\ /

Cedric Raynard Joyce, Sr. #251901

_____

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

2:21-cv-70
Paul L. Maloney - U.S. District Judge
Maarten Vermaat - Magistrate Judge

v.

Correctional Officer Bergeron, Correctional Officer Collins, Correctional Officers Pacquin
Seg. Prisoner Counselor Solomon, Prisoner Counselor Plum, Licensed Practical Nurse Cicco
Correctional Officer Trestall, Correctional Officer Grinfelder, Seargent Correctional Officer Anderson (more on next pages)

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

I.  **Previous Lawsuits**

   CAUTION: The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in this and other federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

   A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility?   Yes ☒  No ☐

   B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

   1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

      U.S. District Court, 399 Federal Building 110 Michigan St., NW Grand Rapids 49503, U.S. Magistrate Judge Maarten Vermaat

   2. Is the action still pending?   Yes ☒  No ☐

      a. If your answer was no, state precisely how the action was resolved: I was given the Option to Appeal, but Claim is denied at first District Level. Case No. #2:20-CV-159

   3. Did you appeal the decision?  Yes ☐  No ☐

   4. Is the appeal still pending?   Yes ☐  No ☐

      a. If not pending, what was the decision on appeal? Not submitted Appeal yet waiting for Assistance from ACLU and PAMII Agencies, or other Pro-Bono Agencies I've written

   5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit?   Yes ☐  No ☒

      If so, explain: _____

II. **Place of Present Confinement** Chippewa Correctional Facility - 4269 West M-80 - Kincheloe, Mich 49784

   If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined:

   Same

-1-

Page 1(B)     Section (B)    1 thru 5     (Previous Filed Complaints).

2nd# Complaint Filed

Case No# 2:20-CV-00208 JTN-MV
United States District Court/Western District of Michigan/Northern Division

Honorable Janet T. Neff
330 Federal Bldg., 202 W. Washington St., P.O. Box 698, Marquette Mich 49855.

10-14-2020 Order of Partial Dismissal & Transfer / Dismissed with Prejudice

Case awaiting Appeal from ACLU and/or another Attorney.
Not connected to this case in anyway

3rd# Complaint Filed   (Transferred Case from 2:20-CV-208)

Case No# 4:20-CV-13211
United States District Court/Eastern District of Michigan/Southern Division

Honorable. Stephanie Dawkins Davis
Theodore Levin United States Courthouse, 231 West Lafayette Blvd. Room #564
Detroit, Mich 48226

2-4-2021 Summarily Dismissed / Seeking Assistance to File case again.

No connection to New case

## III. Parties

A. Plaintiff(s)

Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff __Cedric Raynard Joyce Sr.      #251901__

Address __4269 West - M-80 Kincheloe, Mich 49784 {Chippewa Correctional Facility}__

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

Name of Defendant #1 __"Correctional Officer Bergeron__
Position or Title __Correctional Officer - Property Officer__
Place of Employment __Chippewa Correctional Facility__
Address __4269 West M-80 - Kincheloe, Mich 49784__
Official and/or personal capacity? __Personal__

Name of Defendant #2 __Correctional Officer Seargent Anderson__
Position or Title __Correctional Officer - Custody Officer__
Place of Employment __Chippewa Correctional Facility  URF-East__
Address __4269 West-M-80 Kincheloe, Mich 49784__
Official and/or personal capacity? __Personal__

Name of Defendant #3 __Correctional Officer Collins__
Position or Title __Correctional Officer - Custody__
Place of Employment __Chippewa Correctional Facility  URF-East__
Address __4269 West-M-80 Kincheloe, Mich 49784__
Official and/or personal capacity? __Personal__

Name of Defendant #4 __Correctional Officer Pacquin__
Position or Title __Correctional Officer - Custody__
Place of Employment __Chippewa Correctional Facility  URF-East__
Address __4269 West M-80 Kincheloe, Mich 49784__
Official and/or personal capacity? __Personal__

Name of Defendant #5 __Prisoner Counselor Ms. Solomon__
Position or Title __Assistant Resident Unit Supervisor / Prisoner Counselor  Segregation__
Place of Employment __Chippewa Correctional Facility  URF-East__
Address __4269 West M-80 Kincheloe, Mich 49784__
Official and/or personal capacity? __Personal__

-2-

III. Parties Continued.   Page #2

B. Defendant(s).

#6. Name of Defendant; Prisoner Counselor Mr. Plum
Position or Title; Assistant Resident Unit Manager / Prisoner Counselor
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West M-80 Kincheloe, Mich 49784
Official and/or personal capacity? Personal

#7. Name of Defendant; Mr. R. Batho
Position or Title; Assistant Deputy Warden
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West M-80 Kincheloe, Mich 49784
Official and/or personal capacity? Personal

#8. Name of Defendant; Ms Teresa Corey-Spiker
Position or Title; Resident Unit Manager (R.U.M) Segregation
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West M-80 Kincheloe, Mich 49784
Official and/or personal capacity? Personal

#9. Name of Defendant; Correctional Officer Trestall
Position or Title; Correctional Officer / Custody
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West M-80 Kincheloe, Mich 49784
Official and/or personal capacity? Personal

III. Parties Continued.   Page #3

B. Defendant(s).   Ms. Cicco

10.# Name of Defendant; Ms. Cicco
Position or Title; Licensed Practical Nurse
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West M-80   Kincheloe, Mich 49784
Official and/or personal capacity?   Personal

11.# Name of Defendant; Mr. M. McLean
Position or Title; Grievance Coordinator
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West M-80   Kincheloe, Mich 49784
Official and/or personal capacity?   Personal

12# Name of Defendant; Mr. Geinfelder
Position or Title; Correctional Officer / Custody
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West M-80   Kincheloe, Mich 49784
Official and/or personal capacity?   Personal

13# Name of Defendant; Mr. Westner
Position or Title; Seargent Correctional Officer / Custody
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West M-80   Kincheloe, Mich 49784
Official and/or personal capacity?   Personal

III. Parties Continued. Page #4

14.# Name of Defendant; Mr. Blemke
Position or Title; Seargent Correctional Officer/Custody
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West-M-80 Kincheloe, Mich 49784
Official and/or personal capacity? Personal

15.# Name of Defendant; Mr. Golladay
Position or Title; Correctional Officer/Custody
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West-M-80, Kincheloe, Mich 49784
Official and/or personal capacity? Personal

16.# Name of Defendant; Ms. Hense
Position or Title; Registered Nurse
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West-M-80, Kincheloe, Mich 49784
Official and/or personal capacity? Personal

17.# Name of Defendant; Ms. Smith
Position or Title; Registered Nurse
Place of Employment; Chippewa Correctional Facility URF-East
Address; 4269 West-M-80, Kincheloe, Mich 49784
Offical and/or personal capacity? Personal

III. Parties Continued. Page #5.

18. Name of Defendant: Melissa La Phlant
    Position or Title: Chippewa Health Care Unit Manager
    Place of Employment: Chippewa Correctional Facility URF-East
    Address: 4269 West-M-80, Kincheloe Mich 49784
    Offical and/or personal capacity? Personal

Statement and Factual Events at Completion  1st Claim

This situation involves a Disregard for Emergent Care at Chippewa Correctional Facility. On 6-21-2020 at approx 5:30 I was taken from Lime Unit-URF-East to Segregation. This was for the purpose of a Misconduct Hearing, which wasn't going to take place until 6-29-2020. Upon entre in to Segregation I was strip researched and asked about any Health concerns I had, and what type of meal I ate. I informed Seargent Anderson & the desk Officers about my Asthma problems and High Blood Pressure, Seizures ect... I then asked if I could have my inhaler back, that day I was having problems breathing and the temparture was above the 90's. I was told no and to get with the Property Officer. At that time I didn't know who that was, I was then taken to cell #414 Seg. Cell. When the Officer C.O Collins opened the cell or put me in the cell the heat was terrible. I asked him could he open a window. He stated "Yeah maybe" end quote. About 20 to 25 minutes passed and he returned with a window crank. The problem was that the window crank was to short and couldnt open the window. I told him that cells I have asthma and I'm not going to be able to breath like this. There are no vents in Segregation any where. I told him that I didn't have my rescue inhaler. he stated and I quote "I'll tell some body about the window and the Nurse will be by." end Quote. I had given them my detail which I had to keep in my pocket to recieve my Diet Bag and Special accomedations. The nurse came by RN Hens for Pill Line and I told her I was having a serious problem breathing and that I didnt have my Rescue inhaler or Keep on Person Medication. & I also suffer from High Blood Pressure and Heart Problems, I was Hospitalized for surgery while in M.D.O.C custody See Records). C.O Collins stated that the Nurse told someone. I continued to tell anyone that came by my cell that I needed assistance, (Sgt) Seargents and Officers and Supervisors. (P.C-ARUS). A Nurse Chicka (cicco) came by my cell #414 I had written a Grievance on her previously for threatening to Spit in my drinking & medication cup, She has also been written up for witholding inmates medication, also placing her hands inside of pill cups without washing her hands, ect... But my breathing problem was severe. So I asked her for Help, she blatenly laughed at me. And state something that included the N word and gave no assistance. I also showed ~~~~~~~~~ Nurses the empty pill package that C.O Bergeron had sent back to my cell and the Empty inhaler. And not to confuse what I mean by empty inhaler, C.O Bergeron only sent back the plastic container that holds the actual canisters from for the Albuterol substains/formula and medication. I made it clear to P.C Plum & P.C Salanon that I couldnt breath and it was too hot in the cell and that I didnot have my inhaler or Keep on Person (K.O.P) medication. I wrote Kites and also Kited C.O Bergeron (the Property Officer). I explained in the Kite that C.O Jackson of Lime Unit on 6-21-2020 had done the actual pack up of my Property (See Evidence #211 Prisoner (goldenrod) Copy) and had placed my inhaler and my K.O.P's in my Pack Up. And that he had brought the copy of my Property Reciept to my cell (with the seal number 96093). During 6-22-2020 C.O Collins brought back my Prisoner State Items, like underware, T-Shirts, ect... This was done in a Gray Bin on a Roller table/cart. That is when I recieved the 2nd Property Reciept, Evidence #626 C.O Bergeron sent back the empty containers and places the New Seal #89455 on the Green Duffle

On 6-22-2020 He (C.O Bergeron) does a shakedown of my property in which he takes 1 pr. of Adidas Gym Shoes, 1st of Beard Trimmers, 2 Athletic Undershirts. He writes a Contraban Removal & Misconduct Report based on his search of my property. He states that he takes everything out of my property pack-up (Green Duffel Bag) to 1) retrieve my rescue Inhalers, 2) retrieve my Keep on Person Medication (K.O.P), 3) retrieve my state issue clothing for Detention stay in Segregation & hygien material. C.O Bergeron sends empty packs and empty plastic containers for inhalers back to the Cell #414 Segregation. He then re-Seals the Green Duffel Bag and writes the Seal Tag on the Property Reciept and places the Seal Tag on it. {See Evidence #432} also see time he finishes the Report on Contraban. I show the empty containers to Nurse Pearson, C.O Collins, P.C Plum, P.C Solomon. No Help given about rescue inhaler, Breathing Treatment or K.O.P.'s. I write another Medical Request, Nurse Chicka (Cicco) takes one of them and knocks on the Door. Waves at me and Laughes again. I also give one to my Case Manager and ask him to make sure that Health Service gets one. After doing this he comes back to my Cell and states that they have it. But that he can not go into my Property because he's not a Health Provider. {See Case Manager/Mental Health Mr. McGeshick} By 6-23-2020 I'm barely breathing at all. I have to lay on the floor next to the Door to get some type of air in the Cell. I'm feezing and coughing ect... I get the other inmates to help to try to get me some type of Medical Help, by kicking on there Doors and Yelling for Help. "Still No Assistance" By 6-24-2020 another Kite is picked up by a Nurse Smith. I'm constantley try to beg for a Breath treatment when I can. My chest is in so much pain I'm out of it. I've passed out a couple of times. During the dates of 6-21-2020 thru 6-25-2020 while repeadeatley, begging and asking for my inhaler or Medication or Breathing Treatment no Help is given. (Fact) It's hard for me to explain to a person that dosent have Asthma exactely what it feels like. But think of Slow Suffication. On or about 6-24-25-2020. I'm finally allowed access to my Inhaler & K.O.P.'s. On each round while still in Segregation I Kept asking for a Breathing treatment and to see a Doctor. This never happens even after I'm given the rescue Inhaler. I'm detained in Segregation until 7-03-2020 at approximately 9:00 AM I was released from Segregation, Cell #414 I was escorted to bay and told that I would be going to Level 4 Round Unit. I was then shown a White Property Reciept which had the Seal Tag #89455 on it and told to sign it. I stated No because of the discrepences about what was/is in my pack up. I told them if they let me go thru it now I'll sign. The Releasing Officer Ordaway states just take. I preceed to go to Round Unit Cell #243 Level4. My Cellmate was a Mr. Hunter I show him the evidence after I unpack. This in fact was the being placed on the Bag the first time and only time C.O Bergeron goes into my Bag. While I'm in Segregation there no attemp by any Medical staff to stabilize my breathing or arrange for a Doctors visit. No Lung check, no check to see if it's related to the Corona Virus. My Breathing became worst and stayed increasingly painful. But the facts of the situation were revealed

As I unpack my Green Duffel Bag (Property) I find my inhaler and Keep on Person Medication. Both of them in there Original Containers. The Asthmatic Rescue inhaler has the Bar Code No #1596802501 - Date of Birth 5-28-1967 - Dispencer - Date 2-29-2020 Start Date 2-26-2020 - Stop Date 8-24-2020 - Item No# 227 - Chippewa (URF-E) Martyn, Danetta, NP (Nurse Practioner) / Schmidt / NDC-59310-54-22. I also find the Keep on Person Medication (K.O.P.'s) Linsinopril/Zestril 5mg Bar Code No #6800103308.30 - Date of Birth 5-28-1967- Dispencer 6-12-2020 / Start 6-08-2020 I also find the Ecotrin Keep on Person (K.O.P.;) medication. See copy of Inhaler {Evidence #651} I had already started the Grievance Process {although I dont have a Constitutional Right to a Institutional Grievance} I wanted to document everything that had happened. As you can see there were several written attempts made to gain some assistance from anyone, also there were several verbal pleas to get help from, supervisors, P.C's, ARUM & Nurses. This was for a severe chronic Health problem that I can die from. Health Services was aware of the issue but no help was given. There was a serious concern that the actions of witholding my rescue inhaler or not allowing for me to use a nebulizer {Breathing Treatment Machine} would result in my lungs to stop functioning. And that would have resulted in my Deaf. The Nursing Staff aswell as my records will show that I need to have access to my inhaler at all times. After finding the inhaler in the property and the Keep on Person Medication. It was self evident that the Property Officer never ment to give me my inhaler and That he had lied about going into my Property Bag twice to retrieve my medication. These acts of barbarous conduct when Custody Officers and Nurses were made aware of the eminate results that could result from witholding medication or giving assistance. Not to mention if in fact I was having some other type of issue. With the Corona-Virus or Not. Also even after the Asthma Attack I submitted several Medical Request for a Medical Providers (evaluation) I was never seen. Not even after Grievances were written. for Help. I continued to have severe breathing problems for the next 2 to 5 months.

Date:

Submitted By; Cedric R. Joyce #251901  3-23-2021

signature _____

Subscribed and Sworn to before me a Notary Public, this ___23rd___ day of ___March___
D Campbell

My Commission Expires
08/21/2024

## IV. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

I was released from Segregation Cell ### to Level 4-Round Unit 500 Cell #243. When I was released, I continued to have serious breathing problems from my Asthma and Chest Pains. I wrote several Kites about the issues, some of the Kites I wrote to Mental Health because I didn't know if the Mental Health medication was the issue or not. Several times Health Services intercepted the Kites that I had written about chest pains and shoulder and neck pains that I sent to Mental Health Services. They wouldn't pass on the information, they would send back incorrect replies and when I would see my Case Manager or Mental Health Provider Dr. Wilanowski they would question why health services were stopping Kites designated for Mental Health. The issue about my breathing treatments was the main issue. On the Morning of 7-19-2020 at approx 6:20 AM when I left my Unit I was having problems breathing I used my inhaler (Albuterol) rescue inhaler. We have to walk like 2 city Blocks to Chow and back to the Unit. (4 Blocks) When I arrived at the chow hall I was totally out of breath and was light headed. I suffer from Seizures and Asthma. I went to the desk that they have in the Chow Hall where Seargents, Lieutenants, Captains, Supervisors run the Chow Hall. Health Services is right next door maybe 10 feet. There was a Seargent Blemke in the Chow Hall I explained to him the situation I was having and that I have serious asthma. He stated and I quote. You have to go back to your unit to tell them. By the time I got back to my Unit my whole side Both A side & B side were totally locked down. When C & D side is out your (our) side is locked down. When I arrived back at the Unit I went to the Unit Control Cage (Round Unit has a Cage surrounding the control modual.) I went up to the cage by myself (this is important because no one else is out) and I tell them Correctional Officer Trestall that I'm having trouble breathing and the Seargent in the Chow Hall stated I need to get my Unit to send me to Health services. The Correctional Officer Trestall laughed and told me to go to my cell and said he'll call Health Services. (You can see all this on camera and myself going to my cell #243 Buring) (Also I have a detail not to be on a floor that has more than 3 steps.) I questioned

*see asterisk next page

-3- (Last Revised: June 2013)

that when I was assigned a cell. Correctional Officer Greenleaf told me that my Details don't mean S in Chippewa find someone who cares. Just by chance, a Nurse Smith was standing there while I was there and insured the Officer that my Details were current and legitimate. C.O Trestall was reminded several times, repeatedly by the use of the Emergency Button on the Wall of my Cell of a Medical Emergency. Then again by my Cellie-Bunkie inmate Hunter 2 twice and other inmates. I reminded each Correctional Officer that I could when I made it to the door. My cellmate also told them that I needed help. No Help was given by 1st shift at all. Second shift came and I continued to try to get help from the Unit Officers. No one would acknowledge me other than "if You want a Misconduct keep bothering me Sometimes they would C.O Galladay or C.O Geinfelder state keep pressing your button and your going to the Hole {Segregation}. I waited until we were called for Dinner-Chow Hall movement and went to the Unit (Desk & Cage) and told C.O Geinfelder that I have been trying to get help for my Asthma. and that I can not breath. He stated "O Yeah I've been meaning to do something about that" end Quote. I left and went to chow to see if I could get a Supervisor, Seargent, Lieutenant, ect... Help about the situation and get a breathing treatment. I spoke to the Highest ranking person I could find a Seargent Westner (Chow Hall) He stated that's not my problem get with your Unit Officer. I went back to the Unit and again spoke to Correctional Officer Geinfelder and repeated what the Seargent Westner had told me. Correctional Officer Geinfelder stated "Yeah Rite" end quote. then gave me a direct order to back down or go to the Hole/Segregation. I stressed that I needed help and he stated again go Lock Down and I'll call. I tried to get someone to call, then locked down in my cell to avoid having to go to Segregation. I take Evening Medication, Medication Line is held in the Unit in Level 4. Around 5:30 PM I was called out to P.M Med Line and Nurse Smith was running the Pill line. When I got up to the openning in the Cage where you stick your hand in to receive your Medication Correctional Officer Geinfelder was seat next the window while Nurse Smith was standing handing out the Medication. {See Grievance URF-2007-1974-17 I and survellance camera directley above} I told Nurse Smith that I had been trying to go to Health Services for a Breathing Treatment, and that the Neubulizer

Officer Greinfielder next to the refused to allow me to call

Health Services. The Officer didnt try to deny it he was caught. He stated and I Quote. "I did call" end quote Nurse Smith Stated I didnt recieve any call. end quote Then C.O Geinfielder changes his entire explanation as to why he didnt call. He then states and I quote. "I got busy doing other S, shes here any way" end quote. Nurse Smith then stated that since she didnt get called that she still had Segregations Pill line to do, So to wait until I get finish and I'll call you over." end Quote. I told Nurse Smith that I had been having trouble breathing all day and both 1st shift and 2nd shift wouldnt call to get a protical check on my breathing. She left and didnt send me even though there was another Nurse in Health care already. She did nothing to see if my blood pressure was high in other words no protical at all. About 20 to 30 minutes went by and I was called to Health Services Clinic {See Pass Evidence # 723 see time} Signed by C.O Galladay who was also there and I asked to call Health Services also, he stated "Not a chance" end quote He refused to even write a time on the pass. When I finished my breathing treat-ment I asked (Ms.) Correctional Officer Ashezetz to sign the pass. But let's go back I arrive at the Clinic and Nurse Smith wasnt there, my Nebulizer Breathing tube and 2 medication treatments were sitting on the Correctional Officers Desk. There was no breathing protical done, but I immediately did both treatments. After the treatments I wanted to get protical check but No Nurses were in the Health Services Area. My breathing is still shallow and my chest and Head are Aching. I ask the C.O for some Asprin and a Nurse opens up the pill line widow. The facts of the matter is that the Officers on 1st or 2nd shift refused or elected not to Notify Health Services of an Inmate that maybe having a Breathing Problem, either because of his Chronic Asthma or a New Corona Virus issue. No Medical Protocal was done while I was in Health Services, no temperature, No Air Flow check, No Oxygen level ect... There was also a issue made that at times that Food Services was running that they wouldnt send me. I have included several Pass with dates They state that this was a security issue see time, dates and camera footage of Yard and Health Services Lobby.
All other times they send me while Chow and other things are running.

Submitted By; Cedric R. Joyce
(#251901   3-23-2021
Date;
Signature  Cedric R. Joyce

As to Claim #1.

The Supreme Court has stated that Deliberate Indifference to serious medical needs of prisoners constitutes the "unnecessary and wanton infliction of pain" Estell v. Gambell, 429 U.S 97, 104, 97 S.C.T also Cottrell v. Caldwell, 85. F.3d 1480. Also 8th Amendment actual Knowledge Deliberate Indifference requirement. See Garretson v. City of Madison Heights, 407 F.3d 789, 798 Distinguishing the 8th Amendment and Due Process standards in this area, Life and Health are just as precious to convicted persons as to prison employees or private citizens. The Defendants had actual Knowledge of an objectively cruel condition (in medical cases, a serious medical need) and did not respond reasonably to the risk. A prison Gaura or Nurse cannot fail to respond to a patients or inmates cries for help merely because they feel that the person is alrite or faking it. There are Poticals for medical emergency such as Asthma. See Vaughn v. Gray, 557 F.3d 904, 909. Also Scicluna v. Wells 345 F.3d 441. 446. Inmate/Patient C. Joyce #251901 Stated what he believed the problem was and the Defendants Knew of his Documented History of Hospitalization with (Asthma) See Estate of Carter v. City of Detroit, 408 F.3d 304, Officers, and Nurses heard repeated coughing and gagging, request for medical attention was ignored. Both Verbally & In Writting) Officers refused to get assistance or to open a window for any type of ventilation. See Clement v. Gomez, 298 F.3d 898, 905. Nurses and Correctional Officers Knew the exact consequences of there actions but disregarded it. See Dominguez v. Correctional Medical Services, 555. F.3d 543, 550 Serious diagnosis for (Asthma) and (Heat related illness) had already been diagnosied at the Facility ie (M.D.O.C.). This was enhanced by the fact #1) The inmate had in his possesion a Detail (Medical Alert) issued by Health Care Providers (Doctors) alerting them to the Seriousness of confinement issues. #2) He also had his Rescue Inhaler taken away from him. Which would sustain his life and give some type of Relief if given befor his condition was comprimised. See Mata v. Saiz, 427 F.3d 745, 756. Again Chronic Asthmatics {and in this case} that have been previous inhuebated, or had tracica-tube espatory aid for asthmatic attacks are serious issues that need immediate attention. A current Detail for at least 3 Neubulizer Breathing treatments a day was currentley in affect at the time of the Instant Offence. Respitory infections and actual progressive failure of lung Breathing capacity in the future even if he survived. See Spencer v. Shehan, 158 F.Supp.2d 837. In Standing with the 8th Amendment and Deliberate Indifference a) medical staff had presen

## Claim #1

treatment and b). when people (patients) dont get prescribed medical treatment, their health may be damaged. See Farmer v. Brennan, 54(511) U.S 825. Also Dominguez v. Correctional Medical Services, 555 F.3d. 543. In many cases Federal Courts have found that Official could be found Deliberate Indifferent if they "knew of a continuing pattern of culpable failures by Guards or other prison staff to refer to Health Providers those prisoners with culpable complaints or manifest symptoms. See Alsina-Ortiz v. LaBoy, 400 F.3d. 77, 81-82. We hope to prove by Medical Studies from the Asthma & Allergy Foundation of America (Arlington, VA) That sudden Asthma attacks or progressive exsposure to those items, situations or incidents. That trigger a persons Asthma or Allergy can result in death in as little as 30 minutes. Again in this Instant Offense the situation was only magnified by Correctional Officer Bergeron® actions. When he willing lied about a). not finding the Medication the Pack Up of Personel Belongings. B) About going to search for the Medication twice. c). The retaliation of pass Grievances against him. We are aware that there is No Federal Law and/or Constitutional format concerning Prisoner Grievances. But the statements in Question were made by the Officer voluntarily by Correctional Officers and Nurses. Certain Nurses such as L.P.N Cicco (chicka) has been written up numerous times and current under investagation. The acts of these individuals could have infact resulted in the Death and/or Murder of the Plantiff. And did infact lead to futher physical harm and damage of Mr. C. Joyce (#251901) capacity to breath. And these actions are Directley related to the 2nd Claim

_____
Signature

3-23-2021
Date

Subscribed and sworn to befor me a Notary Public, this 23rd day of March 2021
D. Campbell

My Commission Expires

08/21/2021

Page 3. Relief Summary of what I would like the court to do

## Claim #1
#251901

Do to the witholding of vitale medication to Mr. Cedric R. Joyce he could have died. There was serious hardship and injury done which could have been avoided. There are certain proticals that should have been followed to avoid risking the life of Mr. C. Joyce. Even when the inmate was on the floor of the cell no assistance was given. The (8th) Eighth Amendment guards against cruel and unusal punishment. It's underlining definition in one stance is "Not to be 'barbarous" nor may it contravene societys "evolving standards of decency". The Amendment there fore prohibits conduct by prison officials that involves the "unnecessary and wanton infliction of pain". In this situation Mr. C. Joyce had a previous diagnosis for his condition which was/is Asthma. M.D.O.C records will support this, current records at the holding facility Chippewa Correctional will prove this. Mr. C. Joyce has been hospitalized and placed on several Health Details to control this problem. The Albuterol inhaler and Qvar inhaler are essential medical care for this inmate. These medicines, along with the K.O.P's (Keep on Person) medication were infact issued by a Medical Doctor employeed by the M.D.O.C and stationed as a Residency of the Chippewa Correctional Facility. Witholding these medication made prison confinement conditions intolerable. Several prison Officals acted with Deliberate Indifference when they refused to give this inmate his medication or give assistance to sustain his life. And these individuals were notified in writting, and verbally and by other Employees that could not open the Cell Doors to help. (Willing) State employees that will testify as to the lengths taken to gain access to life sustaining medication. We are in a Pandemic in which Respitory failure is eminate. No evaluation was done to minimize the threat to Mr. C. Joyce or the rest of the population of Chippewa Correctional Facility. We ask the Court to allow us to bring forth more evidence and witness either by Affitdavit or testimony to show that this was a known and disregarded risk to a person/inmates health and safety. But we will also prove by tangable evidence that (C.O) Correctional Officer Bergeron lied over and over about the events that took place. And was aidded by certain Officals/employees to try to cover up these acts. We will show and prove that both Correctional Officer Bergeron and Nurse Cicco (Chicka) use → L.P.N this event, opportunity to inflict as much pain and discomfort and maybe even deaf. To retailiate for previous write ups and Grievances that resulted in Supervisor inter-vention and Restrictions. Non-of what resulted from the witholding of his medication was self inflicted. We ask that all avenues to resolve this type of behavior be available Meaning. Restitution on the grounds of compensatory, penal fee's & nominal fee's in the amount of $25,000.00 to $50,000.00  This would include all lawyer fees, copy fees, Mailing fee

Date 3-23-21  Submitted By. Cedric R. Joyce     Signature Cedric R. Joyce
                                         #251901

Page 7. Relief Sought from Court

Claim #1.

The officers named in this Complaint acted with disregaurd to the Health and Well being of a persons/inmates health and life. The 8th amendment grants that all citizens whether being incarcerated or detained. That they be free from unwanton "barbarous" behavior nor may it contravene's societys "evolving standards of decency" The Amendment, therefore, prohibits conduct by prison officals that involves the "unnecessary and wanton infliction of pain." In this case an Asthma attack would have been a slow suffication of breathing, resulting in respatory failure. There was a standing Order for this inmate to recieve as many a (3) three breathing Treatments a day. Named officers refused to comply with a written order by a Medical Doctor to allow the inmate/person to access this equipment and medication. Verbal statements stating that "He was having problems breathing" end quote. were made. This was not a mere inconvience of incarceration or confinement. But this was a blanten "extreme deprivation of health and life". Serious risk were self evident and proticals have been put in place to avoid this type of behavior by Prison employee's, Training by the Michigan Department of Corrections have been given to Custody Officals to notify Medical when "Life" is being threatened by a medical problem. No phone call was made. And evidence will show that there was several attemps to work inside of the Rules, Laws, & Guidelines of State requirements to access Help inorder to sustain "Life". Pain and Suffering was inflictled and "Recklessness" an act or failure to act that demonstrates a Deliberate, (willful) Indifference or wanton disregard of a substantial and unjustifiable risk without reasonable caution for the rights, safety of others. These Defendants acted with Knowledge and understanding with respect to a material element of an circumstance(s) exist. We ask that if the said Defendants state that they don't or didnt have training to resolve or deal with this (these) types of issues. then an Injunction be sought to emplement these rules, proticals or duties To diminish, stop the risk of Death and the infliction of Pain. We ask to bring forth footage, Passes, Details to prove said allegations. And ask for compensatory damages, punative damages and nominal fees. Resulting in the amount of $10,000.00.

Submitted By Cedric R. Joyce
Date 3-23-2021            #251901
Signature [signed]

Claim #1 was a result of Employee's Deliberate Indifference to a inmates Health and life. Employee's of the State of Michigan elected to deny Mr. C. Joyce his medication which was/is vital to his life. There was no assistance rendered/given after Pleas for help both verbally and written. Which almost resulted in the death of inmate Cedric R. Joyce #251901. We ask the Court to hear Oral arguments and tangible evidence to support these acts. Claim #2 in part was a Direct result of the first event and will show that the Defendants acted with Deliberate Indifference and Negligence to a prisoners life and Health & Safety. We ask the court to allow us to show evidence and to hear Oral arguments about the events that took place. These are violations of the constitution  which Protects all citizens (inmates also) against barbarous acts and negligence.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed (signed) on __3-23-2021__ (date).

_Cedric L Joyce_
Signature of Plaintiff

Subscribed and sworn to before me a Notary Public, this __23rd__ day of __March 2021__.

_S Campbell_

My Commission Expires
08/21/2021

4

Mr. Cedric R. Joyce #251901
Chippewa Correctional Facility
4269 West - M-80
Kincheloe, Mich 49784





USPS TRACKING #
9114 9023 0722 4868 0883 72

To:



ZIP 49788  $ 008.55
02 4W
0000372921 APR 05 2021

U.S. District Court.
14 Federal Building
P.O. Box 698
Marquette, MI (Mich) 49855



PRIORITY MAIL — TRACKED INSURED — UNITED STATES POSTAL SERVICE — For Domestic and International Use — Label 107R, May 2014