UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

CEDRIC R. JOYCE,

    Plaintiff,

v.

    Case No. 2:21-cv-70

    HON. JANE M. BECKERING

UNKNOWN BERGERON, et al.,

    Defendants.
_____/

## ORDER

Plaintiff, a prisoner in the custody of the Michigan Department of Corrections, filed this civil rights action pursuant to 42 U.S.C. § 1983. Certain Defendants filed a Motion for Summary Judgment (ECF No. 39). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 52) on June 5, 2023, recommending that this Court grant in part and deny in part the Motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 52) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 39) is GRANTED IN PART AND DENIED IN PART. Specifically, the Court grants the Motion as to Plaintiff's claim against Defendant Smith-Reinfelder, and denies the Motion as to Plaintiff's claims against Defendants Anderson, Hense, Cicco, Bergeron, Plumm, Blemke, Trestrail, Golladay, and Reinfelder.

Dated: July 5, 2023                                                                       /s/ Jane M. Beckering
                                                                                             JANE M. BECKERING
                                                                                            United States District Judge